Kathryn E. Cahoy (SBN 298777)
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

*Counsel for Defendant Capital One Financial Corp.*

*[Additional parties and counsel listed on signature pages]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

BIANCA JOHNSTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CAPITAL ONE FINANCIAL CORPORATION,

Defendant.

Civil Case No.: 2:26-cv-00457-MWF-PVC

**JOINT STIPULATION AND REQUEST FOR ORDER STAYING PROCEEDINGS PENDING RESOLUTION OF *VARIETY MEDIA, LLC v. SUPERIOR COURT*, No. B350578 (CAL. CT. APP.)**

*[Filed concurrently with [Proposed] Order]*

Pursuant to Central District Local Rule ("L.R.") 7-1, Plaintiff Bianca Johnston and Defendant Capital One Financial Corp. (together, the "Parties") hereby enter into this Joint Stipulation and respectfully request that the Court stay all proceedings in this Action pending the California Court of Appeal's resolution of the pending Petition for Writ of Mandate in *Variety Media, LLC v. Superior Court Los Angeles Cty.*, No. B350578 (Cal. Ct. App. filed Nov. 21, 2025) ("*Variety* Appeal"), which is scheduled for argument on August 25, 2026.[1] In support of their request, the Parties jointly stipulate and state as follows:

**WHEREAS**, on December 10, 2025, Plaintiff Bianca Johnston filed a class action complaint in the Superior Court for the State of California for the County of Los Angeles ("Los Angeles Superior Court"), for alleged violations of California Invasion of Privacy Act ("CIPA") (ECF 1 Ex. D ("Complaint"));

**WHEREAS**, on January 15, 2026, Defendant removed this action from Los Angeles Superior Court to Federal Court (ECF 1);

**WHEREAS**, on February 13, 2026, Plaintiff filed a First Amended Class Action Complaint ("FAC") (ECF 11);

**WHEREAS**, Plaintiff's FAC asserts two causes of action for alleged violations of CIPA, Cal. Penal Code §§ 631 & 638.51 (ECF 11, ¶¶ 165–89);

**WHEREAS**, on March 11, 2026, Defendant filed a Notice of Motion and Motion to Dismiss the FAC ("Motion") (ECF 13);

---

[1] "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). As the Ninth Circuit has explained, "[a] trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case. This rule . . . does not require that the issues in such proceedings are necessarily controlling of the action before the court." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979).

**WHEREAS**, on July 31, 2026, the Court issued an Order granting Defendant's Motion (ECF 24, at 1–2);

**WHEREAS**, the Court's Order remanded Plaintiff's CIPA Section 638.51 claim to Los Angeles Superior Court, and dismissed Plaintiff's CIPA Section 631(a) claim with leave to amend;

**WHEREAS**, the Court's Order further directed that Plaintiff file any Second Amended Complaint ("SAC") by August 26, 2026, with any response by Defendant due by September 16, 2026 (*id.* at 9–10);

**WHEREAS**, pending before the California Court of Appeal for the Second Appellate District is Petitioner Variety Media, LLC's Petition for Writ of Mandate presenting the question whether Cal. Pen. Code § 638.51 "applies to routine, ubiquitous software processes implemented by virtually all commercial websites," such as IP addresses and other record information at issue in this case. *See* Petition for Writ of Mandate, *Variety Media, LLC*, No. B350578, 2025 WL 4762639, at *15 (Cal. Ct. App. filed Nov. 21, 2025);

**WHEREAS**, the Court of Appeal will hear argument on the Petition on August 25, 2026, with an opinion expected within ninety days of submission of the case. *See* Cal. Const. art. VI, § 19 ("A judge of a court of record may not receive the salary for the judicial office by the judge while any cause before the judge remains pending and undetermined for 90 days after it has been submitted for decision"); Cal. Gov't Code § 68210; *see also Haviland v. Rokt U.S. Corp.*, 2026 WL 2279746, at *2 (E.D. Cal. Aug. 7, 2026) (recognizing the same);

**WHEREAS**, the Parties have been working in good faith to assess their respective positions on how to proceed in light of the Court's order and have conferred and agree that resolution of the *Variety* Appeal may bear directly on the Parties' potential claims and defenses in both the state and federal proceedings;

**WHEREAS**, the Parties believe that a brief stay of proceedings pending resolution of the *Variety* Appeal will promote judicial economy, conserve the Court's and the Parties' resources, and provide constructive guidance on a disputed interpretation of a CIPA provision central to this Action that the Parties expect will inform their further discussions about how to proceed in light of the Court's order.

**WHEREAS**, the Parties are aware of other Courts in this Circuit that have granted similar requests to stay proceedings or deadlines pending a ruling in the *Variety* Appeal. *See, e.g.*, Order Granting Jt. Stip. to Stay Pending *Variety Media* Writ Petition, *Glass v. Carmax, Inc.*, No. 25-cv-09975, Dkt. No. 25 (C.D. Cal. Mar. 5, 2026); Order Granting Jt. Stip. Request to Stay Resp. Deadlines Pending *Variety Media*, *Tash v. Vision Serv. Plan*, No. 25-cv-00762, Dkt. No. 54 (E.D. Cal. Aug. 19, 2026);

**WHEREAS**, the Parties agree that neither Party will be prejudiced by the requested stay;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order staying this Action pending resolution of the *Variety* Appeal, as set forth in the accompanying [Proposed] Order, as may be modified and approved by the Court.

**IT IS SO STIPULATED AND AGREED.**

//

//

DATED: August 24, 2026

Respectfully submitted,

By: */s/ Kathryn E. Cahoy*

KATHRYN E. CAHOY (SBN 298777)
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

*Counsel for Defendant Capital One Financial Corp.*

By: */s/ Adrian R. Bacon*

ADRIAN R. BACON (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Telephone: (323) 306-4234
Email: abacon@toddflaw.com

*Counsel for Plaintiff Bianca Johnston*

## LOCAL RULE 5-3.3.4 ATTESTATION

The undersigned, counsel of record for Defendant Capital One Financial Corp. ("Capital One") certifies all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 24, 2026

By: */s/ Kathryn E. Cahoy*

KATHRYN E. CAHOY (SBN 298777)
COVINGTON & BURLING LLP
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: kcahoy@cov.com

*Counsel for Defendant Capital One Financial Corp.*